2020R00589/ETW

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22- 790 (NLH) |
| v. | 18 U.S.C. § 1349 |
| KASSAN KNIGHT | 18 U.S.C. § 472 |
| | 18 U.S.C. § 2 |

**INFORMATION**

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

**COUNT ONE**

**(Conspiracy to Commit Bank Fraud)**

Between in or around April 2020 and in or around October 2020, in the District of New Jersey, and elsewhere, the defendant,

KASSAN KNIGHT,

knowingly and intentionally conspired and agreed with Justin Ezeiruaku, Ali Shoultz, and others, to execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain monies, funds, assets and other property owned by, and under the custody and control of, such financial institution, by means of materially false and fraudulent pretenses, representations, and promises, contrary to Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1349.

## COUNT TWO

### (Uttering Counterfeit Obligations of the United States)

Between in or around April 2020 and in or around October 2020, in the District of New Jersey, and elsewhere, the defendant,

KASSAN KNIGHT,

with intent to defraud, did pass, utter, publish, and sell, and attempted to pass, utter, publish and sell, falsely made, forged, counterfeited, and altered obligations and other securities of the United States, that is, United States Treasury Checks, which he then knew to be falsely made, forged, and counterfeited.

In violation of Title 18, United States Code, Section 472 and Section 2.

*/s/ Philip R. Sellinger by AL*

PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 22-_____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

KASSAN KNIGHT

**INFORMATION FOR**

18 U.S.C. § 1349
18 U.S.C. § 472
18 U.S.C. § 2

**PHILIP R. SELLINGER**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

**ELISA T. WIYGUL**
**ALISA SHVER**
*ASSISTANT U.S. ATTORNEYS*
*CAMDEN, NEW JERSEY*
*856-968-4929*