# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 1:22-CR-00790 |
| | : | |
| vs. | : | |
| | : | |
| KASSAN KNIGHT | : | NOTICE OF MOTION TO WITHDRAW |
| | : | AS COUNSEL |

TO: Hon. Noel L. Hillman, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

**PLEASE TAKE NOTICE** that, upon the accompanying Certification of Anthony Pope, Esq. and all other papers and proceedings herein, The Anthony Pope Law Firm, P.C. move this Court, before the Honorable Noel L. Hillman, United States District Judge for the District of New Jersey, on a date and time to be set by the Court, for an Order granting its Motion to Withdraw as Counsel for Defendant, Kassan Knight. A proposed form of Order is annexed.

The moving party requests oral argument if opposition is filed.

THE ANTHONY POPE LAW FIRM

_____
ANTHONY POPE, ESQ.

DATED: November 8, 2023

11.  The Anthony Pope Law Firm cannot effectively represent Mr. Knight due to the above-mentioned issues that have arisen causing the attorney-client relationship to become untenable.

I certify the above statements are true. I understand that I am subject to punishment for any statements made willfully false.

Anthony Pope, Esq.
The Anthony Pope Law Firm, PC
60 Park Place, Suite 1101
Newark, NJ 07102
(973) 344-4406
apope@apopefirm.com