## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 1:22-CR-00790 |
| | : | |
| vs. | : | |
| | : | |
| KASSAN KNIGHT | : | CERTIFICATION |
| | : | |

### CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, Anthony Pope, Esq. of full age hereby certify:

1.  I am an attorney licensed to practice law in the State of New Jersey and am admitted to the Federal District Court for the District of New Jersey, and am a partner at The Anthony Pope Law Firm, PC, which represents Defendant Kassan Knight in the above matter. I am fully aware and familiar with the facts and circumstances of this case.

2.  This firm was retained by Mr. Knight on or about April 29, 2021, to represent him in a criminal matter being prosecuted by the United States Attorney's Office for the District of New Jersey.

3.  Since being retained by Mr. Knight, this office has reviewed the information that has been provided by the Government and has diligently sought a resolution in this matter, including the finalization of a plea agreement.

4.  A breakdown of communication of the attorney-client relationship has occurred in this matter, as Mr. Knight has become a non-cooperative and unreachable client.

5.     Specifically, it has come to the attention of this office, as well as the Court, that

Mr. Knight has failed to appear at his last court hearing and removed his

electronic-monitoring device without permission of the U.S. Probation

Department or the Court. As a result of same, the Court issued a warrant for Mr.

Knight's arrest on November 7, 2023.

6.     Since Mr. Knight has removed his electronic monitoring device, his whereabouts

are currently unknown, and he has not answered any of this office's attempts to

reach him.

7.     Due to the above, extraordinary and severe irreconcilable differences now exist

which have caused an irreparable breakdown in the attorney-client relationship,

and The Anthony Pope Law Firm is unable to continue to effectively represent

Mr. Knight, or assist him further in this matter.

8.     This request is made pursuant New Jersey Rules of Professional Conduct, Rules §

1.16(b)(4).

9.     The Courts look at four factors when determining whether an attorney may

withdraw from a case. *Rusinow v. Kamara*, 920 F. Supp. 69, 71 (D.N.J. 1996); *see

also United States ex rel. Cherry Hill Convalescent Ctr. v. Healthcare Rehab

Systems, Inc.*, 944 F. Supp. 244, 252-53 (D.N.J. 1990).

10.    The factors are: (1) the reasons why withdrawal is sought; (2) the prejudice

withdrawal may cause to other litigants; (3) the harm withdrawal might cause to

the administration of justice; and (4) the degree to which withdrawal will delay

the resolution of the case.