# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** December 3, 2024

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Sharon Ricci

**TITLE OF CASE:**

**DOCKET NO.:** 22-cr-790-KMW

UNITED STATES OF AMERICA

VS.

KASSAN KNIGHT

<u>DEFENDANT PRESENT</u>

**APPEARANCES:**

ANDREW B. JOHNS – AUSA FOR USA
JOSEPH ALTER, ESQ. - FOR DEFENDANT

**NATURE OF PROCEEDINGS:**   Sentencing on Two-Count Information

SENTENCE:    TIME SERVED Imprisonment on Counts 1 & 2 of the Information, to be served concurrently.
SUPERVISED RELEASE:    3 years on Counts 1 & 2 with special conditions, to run concurrently.
FINE:    Waived
RESTITUTION:  $101,428.35
SPECIAL ASSESSMENT:    $200

Defendant advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshal.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:  11:33 a.m.   TIME ADJOURNED:  12:23 p.m.   TOTAL TIME:  50 mins.